IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Case No. 08-mj-01032-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. TRAN VAN,

    Defendant.

---

**ORDER PERMITTING SUBSTITUTE COUNSEL AT HEARING**

---

THIS COURT, after having reviewed the pleadings herein, and having found good cause, DOES HEREBY ORDER that Counsel's Motion to Permit Substitute Counsel at Hearing is GRANTED and further ORDERS that Steve Louth, Esq., may stand in place of Patrick D. Butler at the hearing on March 12, 2008.

Dated: March 12, 2008

                      BY THE COURT:

                      s/ Kathleen M. Tafoya
                      United States Magistrate Judge